# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 434 WAL 2015 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the **Unpublished Memorandum and** |
| v. | : | **Order** of the Superior Court at No. 365 |
| | : | WDA 2015 entered on October 22, |
| | : | 2015, **affirming** the Judgment of |
| CHARLES EDWARD BROOKS, | : | Sentence of the Fayette County Court of |
| | : | Common Pleas at No. CP-26-CR- |
| Petitioner | : | 0000386-2014 entered on February 17, |
| | : | 2015 |

## ORDER

**PER CURIAM**

**AND NOW**, this 3rd day of January, 2018, the Petition for Allowance of Appeal is

**GRANTED**, **LIMITED TO** the issues set forth below. Allocatur is **DENIED** as to all

remaining issues. The issues, as stated by Petitioner, are:

1. Is it unconstitutional to require [Petitioner] to register for a lifetime when
   said registration requirement exceeds the statutory maximum penalty
   for [Petitioner's] offense?

2. Is the Adam Walsh Statute unconstitutional in requiring the [Petitioner]
   to register for a lifetime?

The judgment of sentence is **VACATED**, and the matter is **REMANDED** to the

Superior Court for reconsideration in light of *Commonwealth v. Muniz*, 164 A.3d 1189

(Pa. 2017).